UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 15604
   ANTHONY L WYNN
   KERRY L WYNN                           CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
       Debtor
   SSN XXX-XX-0024    SSN XXX-XX-2852
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/28/07 and confirmed on 11/16/07.

2. The case was dismissed after confirmation, 11/15/2008.

3. The Debtor paid a total of $ 12029.80 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERISTAR FINANCIAL CO L | SECURED VEHIC | 7000.00 | 544.33 | 1903.25 |
| WISCONSIN SCTF | CHILD SUPPORT | 101929.52 | .00 | 1100.90 |
| INTERNAL REVENUE SERVICE | PRIORITY | 13618.40 | .00 | 4331.01 |
| A ALL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| AAA CHECKMATE | UNSECURED | 1236.07 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1519.95 | .00 | .00 |
| ANESTHESIA CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | .00 | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 2198.15 | .00 | .00 |
| BRADSHAW AND RANGE | UNSECURED | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | 1430.20 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1300.22 | .00 | .00 |
| DENTAL ASSOC LTD | UNSECURED | NOT FILED | .00 | .00 |
| EDITH THOMAS | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED | 375.00 | 24.61 | 172.19 |
| GREAT LAKES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| GREENLEAF ORTHOPEDICS | UNSECURED | NOT FILED | .00 | .00 |
| CUARANTY BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HELZBERG DIAMONDS | UNSECURED | NOT FILED | .00 | .00 |
| HUGHES NETWORK SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| DHS | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LYUBOV OBERMAN | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 992.33 | .00 | .00 |
| MIDWESTERN REGIONAL MEDI | UNSECURED | 100.00 | .00 | .00 |

```
NORTH SHORE GAS              UNSECURED      NOT FILED          .00         .00
PEOPLES GAS                  UNSECURED        1087.81          .00         .00
PLAINS COMMERCE BANK         UNSECURED      NOT FILED          .00         .00
ST THERESE HOSP EMPL FED     UNSECURED      NOT FILED          .00         .00
TERRASSE A MD                UNSECURED      NOT FILED          .00         .00
VICTORY MEMORIAL HOSPITA     UNSECURED      NOT FILED          .00         .00
VISA IMAGING                 UNSECURED      NOT FILED          .00         .00
SENEX SERVICES               UNSECURED        1508.34          .00         .00
AMERISTAR FINANCIAL CO L     UNSECURED        4600.00          .00         .00
GREAT AMERICAN FINANCE       UNSECURED         401.25          .00         .00
INTERNAL REVENUE SERVICE     UNSECURED       15352.52          .00         .00
ILLINOIS DEPT OF HUMAN S     UNSECURED        3549.15          .00         .00
VISTA MEDICAL CENTER EAS     UNSECURED         279.81          .00         .00
ILLINOIS DEPT REVENUE        PRIORITY           89.77          .00       20.06
ILLINOIS DEPT REVENUE        UNSECURED         734.03          .00         .00
     Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7375.00   115637.69     36289.83        .00    159302.52
PRINCIPAL PAID      2075.44     5451.97          .00        .00      7527.41
INTEREST PAID        568.94         .00          .00        .00       568.94
TOTAL PAID          2644.38     5451.97          .00        .00      8096.35
```

The Debtor's attorney, FELD & KORRUB LLC        , was allowed $   3500.00
and was paid $    200.00   direct and  $   3300.00   through the plan.

The Trustee received $    633.45 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/11/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                              PAGE   3
     CASE NO. 07 B 15604 ANTHONY L WYNN & KERRY L WYNN
```